**UNITED STATES of America, Appellee,**

v.

**Rayon Burns SIMMONS, Appellant.**

No. 04–3075.

United States Court of Appeals, Eighth Circuit.

Submitted May 5, 2005.

Decided May 9, 2005.

Edward J. Rogers, Asst. U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Appellee. Rayon Burns Simmons, Federal Prison Camp, Millington, TN, for Appellant.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

Rayon Burns Simmons appeals the district court's * denial of Simmons's motion to modify his sentence under 18 U.S.C. § 3582(c)(2) and the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003. The

---

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

statutes Simmons cites do not provide a basis for modifying his sentence. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Simmons's appellate motion as moot.